UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ADOLFO ROJAS LLOVERA,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | No.  1:26-cv-01075-KES-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DENYING RESPONDENTS' MOTION TO DISMISS, DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 8, 10 |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 16, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition for writ of habeas corpus, denying respondents' motion to dismiss, and ordering petitioner's immediate release.  Doc. 10.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  The parties were advised that failure to file objections within the specified time may result in the waiver of rights.  Doc. 10 at 3.  To date, no objections have been filed, and the time for doing so has passed.

1

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 16, 2026, Doc. 10, are ADOPTED in full;

2. The petition for writ of habeas corpus, Doc. 1, GRANTED;

3. Respondents' motion to dismiss, Doc. 8, is DENIED;

4. Respondents are DIRECTED TO IMMEDIATELY RELEASE PETITIONER;

5. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that Petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

6. The Clerk of Court is directed to close the case.  The Clerk is directed to serve Golden State Annex with a copy of this Order.

IT IS SO ORDERED.

Dated:     April 1, 2026

_____
UNITED STATES DISTRICT JUDGE